IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06-mj-75-DRB |
| | ) | |
| RONALD MCQUEEN | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1.    Eligibility of Cases

This case is eligible for a detention order because this case involves:

_____        Crime of violence (18 U.S.C. 3156)

_____        Maximum sentence of life imprisonment or death

____X____        10 + year drug offense

_____        Felony, with two prior convictions in the above categories

____X____        Serious risk the defendant will flee

____X____        Serious risk of obstruction of justice

2.    Reason For Detention

The Court should detain defendant because there are no conditions of release which will reasonably assure:

____X____        Defendant's appearance as required

____X____        Safety of any other person and the community

3.      Rebuttable Presumption

The United States will invoke the rebuttable presumption against defendant under Section

3142(e).

     X             Probable cause to believe defendant committed 10 + year drug offense or an

offense in which a firearm was used or carried under Section 924(c)

                  Previous conviction for "eligible" offense committed while on pretrial bond

                  A period of five years has not elapsed from defendant's conviction or release

from imprisonment for the offense described above

4.      Time For Detention Hearing

The United States requests the Court conduct the detention hearing:

                  At the initial appearance

     X             After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional

grounds or presumption for detention should this be necessary.

Respectfully submitted this the 28th day of July, 2006.

> LEURA GARRETT CANARY
> United States Attorney
>
> /s/ Tommie Brown Hardwick
> TOMMIE BROWN HARDWICK
> Assistant United States Attorney
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> 334.223.7280
> 334.223.7135 fax
> tommie.hardwick@usdoj.gov