**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 7-28-2006

❑ INITIAL APPEARANCE
❑ BOND HEARING
❑ DETENTION HEARING                    Digital Recording 3:34 to 3:45 pm
❑ PRELIMINARY (EXAMINATION) (HEARING)
❑ REMOVAL HEARING [RULE 5]
❑ ARRAIGNMENT

PRESIDING MAG. JUDGE: Delores Boyd         DEPUTY CLERK: Long
CASE NO.: 2:06mj75-DRB     DEFT. NAME: Ronald MCQUEEN
AUSA: Hardwick                DEFT. ATTY: Butler
                              Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
PTSO: Thweatt

Defendant ___ does ✓ does NOT need an interpreter
Interpreter present ✓ NO ___ YES  Name: _____

✓ Date of Arrest 7-27-06 or ❑ Arrest Rule 5
✓ Deft. First Appearance. Advised of rights/charges. ❑Prob/Sup Rel Violator
✓ Deft. First Appearance with Counsel
❑ Deft. First Appearance without Counsel
✓ Requests appointed Counsel
✓ Financial Affidavit executed ❑ to be obtained by PTSO
✓ ORDER appointing Community Defender Organization
❑ Panel Attorney Appointed; ❑to be appointed - prepare voucher
❑ Deft. Advises he will retain counsel. Has retained _____
❑ Government's ORAL Motion for Detention Hearing ❑ to be followed by written motion;
  ❑ Government's WRITTEN motion for Detention Hearing filed
✓ Detention Hearing ❑held; ✓set for 8-3-06 at 3 pm
❑ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
❑ ORDER OF DETENTION PENDING TRIAL entered
❑ Release order entered. Deft advised of conditions of release
❑ BOND EXECUTED (M/D AL charges) $ _____. Deft released
❑ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
❑ Bond not executed. Deft to remain in Marshal's custody
❑ Deft. ORDERED REMOVED to originating district
❑ Waiver of ❑preliminary hearing; ❑ Waiver of Rule 40 Hearing
❑ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
❑ ARRAIGNMENT ❑ HELD. Plea of NOT GUILTY entered. ❑Set for _____
    DISCOVERY DISCLOSURE DATE: _____
❑ NOTICE to retained Criminal Defense Attorney handed to counsel
❑ Identity/Removal Hearing set for _____
❑ Waiver of Speedy Trial Act Rights executed