## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
☒ Northern   ☐ Southern   ☐ Eastern

| | |
|---|---|
| HON. Delores R. Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 8-3-2006 | @ 4:55  ☐ a.m. ☒ p.m |
| DATE COMPLETED 8-3-2006 | @ 5:12  ☐ a.m. ☒ p.m |

**CASE NO.** 2:06mj75-DRB

UNITED STATES **VS.** RONALD MCQUEEN
*Plaintiff(s)* — *Defendant(s)*

### APPEARANCES

*Plaintiff(s)/Government*
Hardwick

*Defendant(s)*
Susan James

### COURT OFFICIALS PRESENT:

*Ctrm Clerk:* S. Q. Long, Jr.    *Crt Rptr:*
*Law Clerk:*    *Interpreter:*
*USPO/USPTS:*    *Other:*

### PROCEEDINGS:

- ☐ Motion Hearing:
- ☐ Status Conference       ☐ Oral Argument        ☐ Evidentiary Hrg.
- ☐ Revocation              ☒ Scheduling Conf.     ☐ Show Cause
- ☐ Settlement Conference   ☐ Telephone Conf.      ☐ Sentencing
- ☐ Non-Jury Trial          ☐ Revocation/Prtrl/SupvRel/Prob
- ☐ Other

☐ **Pretrial Conference**
Pending Motions:
Discovery Status     Plea Status
Trial Status/Length     Trial Term: