FILED

AUG 15 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR198-WKW |
| | ) | [21USC 841(a)(1)] |
| RONALD MCQUEEN | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about July 27, 2006, in Montgomery County, within the Middle District of Alabama,

RONALD MCQUEEN,

defendant herein, did knowingly and intentionally possess with the intent to distribute approximately 500 grams or more of a mixture and substance which contained a detectable amount of cocaine hydrochloride, a Schedule II Controlled Substance, and marihuana, a Schedule I Controlled Substance. All in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

*Janice Davis Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*Tommie Brown Hardwick*
TOMMIE BROWN HARDWICK
Assistant United States Attorney