COURTROOM DEPUTY MINUTES   DATE: 8/16/2006
MIDDLE DISTRICT OF ALABAMA
DIGITAL RECORDING: 3:02-3:07 pm

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☑ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Boyd   DEPUTY CLERK: S. Long

CASE NO.: 2:06CR198-WKW   DEFT. NAME: Ronald MCQUEEN

USA: Hardwick   ATTY: Susan James
Type Counsel: (✓) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: _____

Defendant ____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ____ YES   NAME: _____

☐ kars.   Date of Arrest _____ or ☐ karsr40
☐ kia.   Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
☐ kcnsl.   Deft. First Appearance with Counsel
☐   Deft. First Appearance without Counsel
☐   Requests appointed Counsel   ☐ ORAL MOTION for Appointment of Counsel
☐ kfinaff.   Financial Affidavit executed ☐ to be obtained by PTSO
☐ koappted   ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
☐ k20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐   Deft. Advises he will retain counsel. Has retained _____
☐   Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐   Government's WRITTEN Motion for Detention Hrg. filed.
☑ kdmhrg.   Detention Hearing ☑ held; ☐ set for  Orally waived
☐ kotempdtn.   ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ kodtn.   ORDER OF DETENTION PENDING TRIAL entered
☐ kocondrls.   Release order entered. Deft. advised of conditions of release
☐ kbnd.   ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
   ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ kloc (LC)   Bond NOT executed. Deft to remain in Marshal's custody
   Preliminary Hearing ☐ Set for _____
☐ ko.   Deft. ORDERED REMOVED to originating district
☐ kwvprl.   Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
☐ karr.   ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
   ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
   DISCOVERY DISCLOSURES DATE: _____
☐ krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.   Identity/Removal Hearing set for _____
☐ kwvspt   **Waiver of Speedy Trial Act Rights Executed**