IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. No. 2:06cr198-WKW |
| ) | |
| RONALD MCQUEEN ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for August 30, 2006 in the above-styled case.

You are DIRECTED to produce the following named prisoner: RONALD MCQUEEN before the United States District Court at Courtroom 4-B, on the 30th day of August, 2006, at 10:00 a.m.

DONE, this the 16th day of August, 2006.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk