IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr198-WKW-DRB |
| | ) | |
| RONALD MCQUEEN | ) | |

**ORDER ON MOTION FOR DETENTION PENDING TRIAL**

At the scheduled preliminary and detention hearing this day the parties received notice of Defendant's indictment on August 15, 2006; accordingly, it isORDERED that the scheduled preliminary hearing is mooted by the indictment.

Upon confirmation that the Alabama Parole Board has lodged a detainer to effect the Defendant's return to state custody in the event of his release on federal bond, the Defendant made a counseled waiver of the detention hearing and express notice that he no longer desires to pursue his release on federal bond. Accordingly, it is

**ORDERED** that the *Government's Motion* for Detention (Doc. 4, July 28, 2006), which invokes the rebuttable presumption under Section 3142(e) for defendant's detention is **GRANTED** based on the court's finding that there are no conditions of release which will reasonably assure his appearance as required and the safety of any other person and the community.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of

an appearance in connection with a court proceeding.

    DONE THIS 16th day of August, 2006.

                                    **/s/ Delores R. Boyd**
                                    DELORES R. BOYD
                                    UNITED STATES MAGISTRATE JUDGE