**COURTROOM DEPUTY MINUTES**        DATE: **AUGUST 30, 2006**
**MIDDLE DISTRICT OF ALABAMA**
                                                              DIGITAL RECORDING: **12:20 - 12:23**

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**        DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06-CR-198-WKW-CSC**        DEFT. NAME: **RONALD MCQUEEN**

USA: **A. CLARK MORRIS**        ATTY: **SUSAN JAMES**

Type Counsel: (√) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: _____

Defendant ____ does __√__ does NOT need an interpreter; NAME: _____

- ☐ Kars.     Date of Arrest _____ or ☐ Rule 5 Arrest
- √ Kia.      Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
- ☐ koappted  **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐          Deft. Advises he will retain counsel. Has retained _____
- ☐          Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐          Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐          **DETENTION HRG** ☐ held; ☐ Set for_____; ☐ **Prelim. Hrg** ☐ Set for_____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.     ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
              ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- √ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.       Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.  Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.   Waiver of Preliminary hearing;
- ☐          Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.    **ARRAIGNMENT** SET FOR:_____ √ **HELD**. Plea of **NOT GUILTY** entered.
              √ Trial Term **10/16/06** ; ☐ **PRETRIAL CONFERENCE DATE:** _____
              √ **DISCOVERY DISCLOSURES DATE:** **8/30/06**
- ☐ Krmknn.  **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**