IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | |
| v. | * | CASE NO. 2:06cr198-WKW-CSC |
| | * | |
| **RONALD MCQUEEN** | * | |

**Motion to Continue Trial and Pretrial Hearing**

Comes now Ronald McQueen by and through undersigned Counsel and files this motion to continue the presently set trial scheduled for October 16, 2006 and pretrial conference set for September 25, 2006 and in support thereof states the following:

    1. The trial of this case is set for October 16, 2 006. The pretrial conference is set for September 26, 2006.

    2. McQueen, through counsel, filed a Motion to Suppress Evidence raising several issues. The Government is presently working on a response. It is unlikely that this matter can be resolved by the court within sufficient time to conduct a hearing and file objections if necessary within the time remaining until trial.

    3. Undersigned counsel filed a motion to continue trial and pretrial hearing with an attachment on today's date. However, said document had the Magistrate case number instead of the criminal case number. The attachment was a waiver of speedy trial bearing the defendant's signature as well as the incorrect case number. A supplement waiver of speedy trial with signature will be provided to this court on Monday, September 25, 2006.

    4. The undersigned respectfully request this court continue the pretrial conference and the trial until the issue of suppression is resolved.

     5. Undersigned counsel has discussed this motion and its request with United States Attorney Tommie Hardwick and she has no objection.

     Respectfully submitted,

         s/Susan G. James
         SUSAN G. JAMES
         Attorney at Law
         600 South McDonough Street
         Montgomery, Alabama 36104
         Phone: (334) 269-3330
         Fax: (334) 834-0353
         E-mail: sgjamesandassoc@aol.com
         Bar No: JAM012

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 22, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101