IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:06cr198-WKW |
| ) | |
| RONALD MCQUEEN ) | |

**ORDER**

Upon consideration of the motion to continue the pretrial conference (doc. # 24) presently set for September 25, 2006, it is

ORDERED that the motion be and is hereby DENIED.

Done this 22nd day of September, 2006.

 /s/Charles S. Coody
 CHARLES S. COODY
 CHIEF UNITED STATES MAGISTRATE JUDGE