IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 SEP 25 P 1:01

P. HACKETT, CLK
[DISTRICT COURT]
[M.D. OF ALA]

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| v. | * | CASE NO. 2:06cr198-WKW-CSC |
| | * | |
| RONALD MCQUEEN | * | |

## WAIVER OF SPEEDY TRIAL RIGHTS

The undersigned Defendant, Ronald McQueen, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby requests trial in this matter be reset and foregoes/waives any speedy trial issues pertaining to the setting of this case

*Ronald McQueen* [signature]
**Ronald McQueen**

Address of Counsel:
Susan G. James & Associates
600 South McDonough Street
Montgomery, Alabama 36104
334-269-3330
Fax: 334-269-4448

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing was served upon Tommie Hardwick, Assistant United States Attorney, P. O. Box 197, Montgomery, Alabama, this 25th day of September 2006.

[signature]
of Counsel