| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: SEPTEMBER 25, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:21 p.m. to 1:25 p.m. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY      **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR198-WKW-CSC      **DEFENDANT NAME:** RONALD MCQUEEN

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. DENISE SIMMONS |

√   **DISCOVERY STATUS:** Complete.

_____
_____

√   **PENDING MOTION STATUS:** Motion to Suppress Deft's Motion to continue trial.

√   **PLEA STATUS:** Possible Plea.

_____
_____

√   **TRIAL STATUS:** Will take 2-3 days to try cases, if goes to trial.

_____

☐   **REMARKS:**

_____