## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHEN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG JUDGE | AT | Montgomery, Alabama |
| DATE COMMENCED: 11/13/06 | AT | 9:01 a.m. to 10:01 a.m. |
| DATE COMPLETED: 11/13/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA

VS.                              CASE NO. 2:06CR-198-WKW

RONALD MCQUEEN

_Defendant_

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Tommie Hardwick | | Atty. Denise Simmons |

### COURT OFFICIALS PRESENT:

**Court Room Deputy:** Wanda Stinson        **LAW CLERK:** Wynn D Allen

Court Reporter: James Dickens

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: <u>EVIDENTIARY HEARING</u> **RE: MOTION TO SUPPRESS**

# **SEE MINUTES ATTACHED**

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| Description | Suppression Hrg. 06cr198-WKW-CSC   USA v. Ronald McQueen |
| Date | 11/13/2006 |
| Location | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 9 :01:27 AM | Court | Court convenes; parties present as noted; Discussion as to the search warrants and who has the burden of proof; |
| 9 :01:55 AM | Atty. Hardwick | Calls Detective. T. D. James; witness sworn and seated; Employed the MPD; Discussion as to knowledge and investigation of the deft ; Discussion as to information given by the confidential informant (Willie Wingard) ; Discussion as to residence of the deft; Discussion as to outstanding warrants of the deft; Discussions of drug purchases from the deft and surveillance of the deft; Discussion of the arrest incident of the deft and the execution of the search warrant of the residence at 8833 Ashland Park Drive; |
| 9 :20:27 AM | Court | Why was to the warrant only for documents? |
| 9 :20:29 AM | Witness | Response; |
| 9 :20:44 AM | Atty. Hardwick | Cont'd testiomony; Discussion of items found at the residence; Discussions as to surveillance and search of the Windsor location; Discussion of items found at the Windsor location; |
| 9 :25:51 AM | Atty. Simmons | Cross - examination; Discussion of the confidential informant (Willie Wingard); Discussion of the outstanding warrants of the deft; Discussion of the surveillance of the deft; Discussions regarding the document search warrant; |
| 9 :35:05 AM | Atty. Hardwick | Re- Direct; Discussion as to the traffic stop of the deft on Cherry Street; |
| 9 :35:39 AM | Court | Witness is excused; |
| 9 :35:43 AM | Atty. Hardwick | Calls Sgt. Mike Drummond;  Witness is sworn and seated; Employed MPD Narcotics Division; Discussion of  the arrest incident of the deft at the Cherry Street location; |
| 9 :41:57 AM | Atty. Simmons | Cross-examination; Discussion as to contact with the confidential informant; |
| 9 :42:27 AM | Atty. Hardwick | Re- direct; |
| 9 :44:06 AM | Atty. Simmons | Re- Cross examination; |
| 9 :44:21 AM | Court | Witness is excused; |
| 9 :44:27 AM | Atty. Hardwick | Govt. rests; |
| 9 :44:35 AM | Atty. Simmons | Calls  Brenda Diane Waters, mother of the deft;  witness is sworn and seated; Discussion as to the execution of the search warrant at 2200 Windsor Avenue; |
| 9 :48:04 AM | Atty. Hardwick | Cross - examination; Discussions regarding consent of the search at 2200 Windsor; |
| 9 :53:49 AM | Court | Witness is excused; |
| 9 :53:58 AM | Atty. Simmons | Deft rests; |
| 9 :54:05 AM | Court | Would like to hear from Officer DrummondQuestion as to the Officer who contained the consent; |

| | | |
|---|---|---|
| 9 :54:11 AM | Atty. Hardwick | No, Officer Hayes, for the residence? |
| 9 :54:18 AM | Court | The consent to search from Larry Mitchell; |
| 9 :54:21 AM | Atty. Hardwick | That was another officer that was at the Windsor location, Sgt Drummond was at the Ashland location; That officer is not present; |
| 9 :54:41 AM | Court | Questions as to how consent was contained; |
| 9 :54:52 AM | Atty. Hardwick | Response; |
| 9 :54:59 AM | Court | How did they get into the residence; |
| 9 :55:01 AM | Atty. Hardwick | They knocked on the door and a lady came to the door and they asked her if she lived there and she said no; They wanted to talk with someone who did and that's how they were lead to Mr. Mitchell; |
| 9 :55:23 AM | Court | Mr. Mitchell was in his room in his bed; |
| 9 :55:39 AM | Court | Discussion as to the motion to suppress regarding the information is stale; |
| 9 :55:51 AM | Atty. Simmons | Response; Discussion as to June 2006 matter; |
| 9 :56:16 AM | Court | There is no stalness problem here? |
| 9 :56:25 AM | Atty. Simmons | Agrees; |
| 9 :56:32 AM | Court | Discussions as to probable to search vehicle; |
| 9 :56:51 AM | Atty. Simmons | Response; |
| 9 :57:00 AM | Court | Response; Discussion as to the claim of scope of consent; |
| 9 :58:33 AM | Atty. Hardwick | Response; |
| 10:00:31 AM | Atty. Simmons | Response; |
| 10:00:59 AM | Court | Response; |
| 10:01:06 AM | Atty. Simmons | Response; |
| 10:01:38 AM | Court | Court will take matters under advisement; court is recessed. |

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| VS. | * | CASE NO. 2:06CR-198-WKW |
| | * | |
| **RONALD MCQUEEN** | * | |
| | * | |
| Defendant | * | |

**WITNESS LIST**:

| **GOVERNMENT** | **DEFENDANT** |
|---|---|
| 1.  Detective T. D. James | 1.  Ms. Brenda Diane Waters |
| 2.  Michael Drummond | |