IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR198-WKW |
| | ) | |
| RONALD MCQUEEN | ) | |

**ORDER**

On November 13, 2006, this court conducted a hearing on the defendant's motion to suppress. The search warrant and amended search warrant at issue were not submitted during the proceeding. Accordingly, it is

ORDERED as follows:

1. The Government shall submit the search warrant, amended search warrant, and attached affidavits on or before November 27, 2006.

2. The defendant may file any objections to the authenticity of the documents within five days of the submission of the warrants to this court.

Done this 17th day of November, 2006.

                                           /s/Charles S. Coody
                                           CHARLES S. COODY
                                           CHIEF UNITED STATES MAGISTRATE JUDGE