IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
vs.                         )    CR. NO. 2:06cr198-WKW
                            )
RONALD MCQUEEN              )

## ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (doc. # 39) filed on December 21, 2006, and for good cause, it is

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **December 28, 2006**, at **10:00 a.m.,** in **Courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 21st day of December, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE