IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-198-WKW |
| | ) | (WO) |
| RONALD MCQUEEN | ) | |

## **O R D E R**

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and DECREE of the court:

(1)  That the objection filed by the defendant on December 19, 2006 (Doc. # 38) is OVERRULED;

(2)  That the recommendation of the United States Magistrate Judge entered on December 6, 2006 (Doc. # 37) is ADOPTED;

(3)  That the defendant's Motion to Suppress (Doc. # 23) is DENIED.

DONE this the 22nd day of December, 2006.

          /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE