IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * <br> * <br> * |
| v. | * CASE NO. 2:06cr198 <br> * |
| RONALD MCQUEEN | * |

### MOTION TO CONTINUE SENTENCING OF MARCH 21, 2007

COMES NOW, Susan G. James, attorney for Ronald McQueen and files this motion for a continuance of the presently set sentencing on March 21, 2007 and in support thereof states the following:

1. McQueen is due to be sentenced on March 21, 2007.

2. The undersigned's presence is required on March 21 and 22, 2007 in the sentencing of *United States of America v. Leon Carmichael*, Case No. 03-259, Middle District of Alabama. The Court has set aside at least two days for sentencing. This was specifically set by Judge Thompson to accommodate all parties and the Probation Officer.

3. Wherefore the undersigned respectfully requests that this matter be continued.

8. Contact has been made with AUSA Tommie Hardwick office and she objects to this continuance.

Respectfully submitted,

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: JAM012

### CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2007, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101


Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012