IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-198-WKW |
| | ) | |
| RONALD MCQUEEN | ) | |

**ORDER**

Before the court is Ronald McQueen's ("McQueen") Motion to Continue Sentencing of March 21, 2007 (Doc. # 41). McQueen's counsel indicates that she is required to be present at the sentencing hearing set for March 21, 2007, in *United States of America v. Leon Carmichael*. Counsel is reminded, however, that McQueen's sentencing is set for March 20, 2007, rather than March 21, 2007. It is ORDERED that the motion be DENIED because of the lack of conflict between the sentencing hearing set for McQueen and the sentencing hearing in *United States of America v. Leon Carmichael*, as well as the noted objection of the United States of America to a continuance in this matter.

DONE this 15th day of March, 2007.

                                          /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE