IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-198-WKW |
| ) | |
| RONALD MCQUEEN ) | |

**O R D E R**

Upon consideration of the government's motion for release of prisoner (doc. # 50) filed on March 27, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Ronald McQueen, to Becky Sparkman, Montgomery Police Department, and/or T.D. James, Montgomery Police Department, on March 28, 2007, through June 28, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Becky Sparkman, Montgomery Police Department, and/or T.D. James, Montgomery Police Department, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 29th day of March, 2007.

                                          /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE