

| | | | |
|---|---|---|---|
| Gordon Fields/CA11/11/USCOURTS<br>08/28/2007 07:52 AM | To | Yolanda Williams/ALMD/11/USCOURTS@USCOURTS | |
| | cc | Donna Norfleet/ALMD/11/USCOURTS@USCOURTS, Jan Sewell/CA11/11/USCOURTS@USCOURTS | |
| | bcc | | |
| | Subject | 1st Request for ROA: 07-11402-BB (DC: 2:06-00198 CR W N) | |

CA11# 07-11402-BB
USA v. Ronald McQueen
MAL: 2:06-00198 CR W N
----------------------------------------GORDON FIELDS
Briefing/Closing Docket Clerk
11th Circuit Courts of Appeal
(404) 335-6226