UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT

CLERK

TELEPHONE
(334) 954-3610

August 28, 2007

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA  30303

USDCA NO <u>CR-06-W-198-N</u>

USCA NO <u>07-11402-BB</u>

USA VS. RONALD MCQUEEN

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
___Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [  ]
_First Notice of Appeal:_Yes,___ No   Date(s) of Other Notice_____
Was there a hearing from which a transcript could be made:
_Yes, The Court Reporter(s) is/are
__No                  Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
___IFP_; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:
__The Appellate docket fee has been paid;__Yes,__No:___Date, Receipt#_____
___Appellant has been  ___GRANTED;___
__DENIED IFP, Copy of Order enclosed.
___Appellant has been  __GRANTED;__DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ___ Supersedeas Bond
X_ The District Judge or Magistrate Judge appealed from is Hon: <u>WILLIAM KEITH WATKINS</u>
___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY a_____
___ Certified record on appeal consisting of:
   <u>1</u> Volume(s) of Pleadings, <u>3</u>  Volume(s) of Transcripts,
   <u>X</u>  SEALED ITEMS, ie. <u>1</u>  PSI(s)____; OTHER____; TAPE(s)____
   ___ Exhibits:
   ___Volume (s) of Original Papers

cc:                              Sincerely,

                                 DEBRA P. HACKETT, CLERK

                                 By: Yolanda Williams
                                     Deputy Clerk