AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: RONALD MCQUEEN
CASE NUMBER: 2:06cr198-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

180 Months

X The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that defendant be designated to a facility where intensive drug treatment and vocational training are available.

The Court recommends that defendant be designated to the facility closest to his home.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**
SEP - 6 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 7-19-07 to CCP
at Coleman, FL, with a certified copy of this judgment.

Michael W. Garrett, Complex Warden
UNITED STATES MARSHAL

By L. Everage, ISO
DEPUTY UNITED STATES MARSHAL