UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

*U.S. COURT OF APPEALS RECEIVED CLERK AUG 29 2007 ATLANTA, GA.*

RECEIVED
2007 SEP -4 A 9:13
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALA

August 28, 2007

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA  30303

USDC ACN 01:CR-06-W-198-N

USCA NO 07-11402-BB

USA VS. RONALD MCQUEEN

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
___Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_First Notice of Appeal:_Yes,___ No   Date(s) of Other Notice_____
Was there a hearing from which a transcript could be made:
_Yes, The Court Reporter(s) is/are
__No                Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
___IFP_; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:
__The Appellate docket fee has been paid;__Yes,__No:___Date, Receipt#_____
___Appellant has been ___GRANTED;___
__DENIED IFP, Copy of Order enclosed.
__Appellant has been __GRANTED;__DENIED CPC/APPEALABILITY, Copy of Order enclosed.
__Appeal Bond, ___ Supersedeas Bond
X_The District Judge or Magistrate Judge appealed from is Hon: WILLIAM KEITH WATKINS
___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
__This is a DEATH PENALTY a_____
___ Certified record on appeal consisting of:
    _1_Volume(s) of Pleadings,_3_ Volume(s) of Transcripts,
    _X_ SEALED ITEMS, ie. _1_ PSI(s)____; OTHER____; TAPE(s)____
    __ Exhibits:
    __Volume (s) of Original Papers

cc:                       Sincerely,

                          DEBRA P. HACKETT, CLERK

                          By: Yolanda Williams
                                Deputy Clerk